<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sabemos Beverages, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Sage Beverages |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3034710 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2141 Rosecrans Avenue, Suite 5100 <br> El Segundo, CA 90245 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Los Angeles <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.sagebeverages.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Sabemos Beverages, LLC                                Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4248

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  Sabemos Beverages, LLC

Case number (if known) _____

Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds** ✴

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets** ✴

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Footnote 1 to Item 13
Concurrently with the filing of this Petition, the Debtor is filing a motion for Debtor in Possession financing to fund litigation expenses. It is anticipated that the litigation will generate sufficient funds to pay the secured claims and administrative claims in full and have funds remaining to make distributions to creditors.

Footnote 2 to Item 15
It is anticipated that the litigation rights of the Debtor will generate between $1 million and $10 million in assets for the Debtor, but as of the filing of the Petition the Debtor has between $0 and $50,000, exclusive of its litigation claims.

Debtor    Sabemos Beverages, LLC                                                    Case number (*if known*)
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August  3, 2017
               MM / DD / YYYY

**X** /s/ Leonardo R. Fernandez, Jr.                          Leonardo R. Fernandez, Jr.
   Signature of authorized representative of debtor          Printed name

Title    Authorized Signatory

**18. Signature of attorney**

**X** /s/ Stuart I. Koenig                          Date    August  3, 2017
   Signature of attorney for debtor                          MM / DD / YYYY

Stuart I. Koenig
Printed name

LEECH TISHMAN FUSCALDO & LAMPL, INC.
Firm name

633 West Fifth Street
48th Floor
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone    (213) 246-4970          Email address    skoenig@leechtishman.com;
                                                           sfrey@leechtishman.com

102764
Bar number and State

**Fill in this information to identify the case:**

Debtor name      Sabemos Beverages, LLC

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     Amended *Schedule*

■     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August  3, 2017              X /s/ Leonardo R. Fernandez, Jr.
                                                             Signature of individual signing on behalf of debtor

                                                             Leonardo R. Fernandez, Jr.
                                                             Printed name

                                                             Authorized Signatory
                                                             Position or relationship to debtor

Official Form 202                           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sabemos Beverages, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alta Marketing Co<br>POB 6025<br>El Monte, CA 91734-2025 | | Trade debt | | | | $44,607.08 |
| B&R Distributors<br>870 Commercial St., Suite B<br>San Jose, CA 95112 | | Trade debt | | | | $36,900.00 |
| BevLink LLC<br>11400 SE 8th St<br>Bellevue, WA 98004 | | Trade debt | | | | $53,724.20 |
| Carrier Lynx<br>15954 MurLen Rd 273<br>Olathe, KS 66062 | | Trade debt | | | | $28,394.00 |
| Castellani SPA<br>Via del Popolo 90e<br>Pontedra (PI) Italy 56025 | | Trade debt | | | | $301,453.50 |
| Ceasar Diaz<br>3243 Brightwood Ct<br>Oceanside, CA 92058 | | Professional Services | | | | $17,250.00 |
| Envisage Advisors LLC<br>2141 Rosecrans Av Suite 5100<br>El Segundo, CA 90245 | | Trade debt | | | | $21,769.56 |
| Envisage Equity, LLC<br>2141 Rosecrans Av Suite 5100<br>El Segundo, CA 90245 | | Promissory Note | | | | $2,424,585.02 |
| Golden State Warriors<br>1011 Broadway<br>Oakland, CA 94607 | | Trade debt | | | | $199,998.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Sabemos Beverages, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lucky Drink Co 8/24 Burrows Rd St Peters NSW 2044 Australia | | Trade debt | | | | $582,825.60 |
| Mainfreight Inc 1400 Glen Curtiss St Carson, CA 90746 | | Trade debt | | | | $281,791.07 |
| Network FOB Inc POB 64007 Saint Paul, MN 55164 | | Trade debt | | | | $47,663.90 |
| Republic National Dist Co-FL 441 SW 12th Av Deerfield Beach, FL 33442 | | Trade debt | | | | $76,886.88 |
| Sales Pros 251 Rhode Island St Suite 105 San Francisco, CA 94103 | | Trade debt | | | | $27,645.00 |
| Triumphant Brands, LLC Post Office Box 283 Attn: Wayne Seltzer Rancho Santa Fe, CA 92067 | | Promissory Notes | | | | $1,529,993.80 |
| Unire Group 1800 E Imperial Hwy Suite 205 Brea, CA 92821 | | Trade debt | | | | $41,023.76 |
| Wicked Tango 3155 Cliff Shadows Pkwy Suite 290 Las Vegas, NV 89129 | | Trade debt | | | | $399,672.10 |
| Winsight LLC POB 809026 Chicago, IL 60680-9026 | | Trade debt | | | | $121,659.39 |
| Workshop LLC 120 NW 25th St Loft 304 Miami, FL 33127 | | Trade debt | | | | $28,854.57 |
| Worldwide Wine & Spirits Inc 17501 W 98th St No 35 thru 38 Lenexa, KS 66219 | | Trade debt | | | | $178,819.21 |

# United States Bankruptcy Court
## Central District of California

In re  Sabemos Beverages, LLC
                                            Debtor(s)

Case No.
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lucky Sages LLC<br>2141 Rosecrans Av., Suite 5100<br>El Segundo, CA 90245 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  August  3, 2017                        Signature  /s/ Leonardo R. Fernandez, Jr.
                                                         Leonardo R. Fernandez, Jr.


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    August  3, 2017 _____

/s/ Leonardo R. Fernandez, Jr. _____
Leonardo R. Fernandez, Jr.
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    Sabemos Beverages, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................    $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................................    $     17,067,672.52

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................    $     17,067,672.52

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $     1,294,781.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     16,666.66

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     6,689,090.57

4.   Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b    $     8,000,538.23

8/03/17  2:43PM

**Fill in this information to identify the case:**

Debtor name    Sabemos Beverages, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | Unknown |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   in hands of Receiver | | | Unknown |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                           $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | Sabemos Beverages, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 541,120.87 | - | 541,120.87 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** Requires Receivership Accounting | | $0.00 | | Unknown |

**23.    Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.    Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor     Sabemos Beverages, LLC
       Name

Case number *(If known)*

  ☐ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

                                **Current value of debtor's interest**

| | | |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claim against Paragon Food Service Company, dba Left Coast Brewing Co.  Unpaid Commissions pursuant to Sales and Marketing Agreement-Commissions Claim. | $27,672.52 |
| | **Nature of claim**<br>**Amount requested**             $0.00 | |
| | Claim against Paragon Food Service Company, dba Left Coast Brewing Co., George Hadjis and Tommy Hadjis for Breach of an Oral Agreement and Fraud in the Inducement | $4,040,000.00 |
| | **Nature of claim**<br>**Amount requested**        $4,040,000.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor    Sabemos Beverages, LLC
_____    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** Breach of Contract Claim against Cerveceria de Baja California, SB de CV ("Cucapa") Arbitration matter. | $13,000,000.00 |

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $17,067,672.52 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | Sabemos Beverages, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,067,672.52 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,067,672.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,067,672.52 |

**Fill in this information to identify the case:**

Debtor name ___Sabemos Beverages, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** MBMJ CAPITAL LLC dba<br><sub>Creditor's Name</sub><br>Continental Business Credit<br>15503 Ventura Blvd, Suite 310<br>Encino, CA 91436-3103<br><sub>Creditor's mailing address</sub> | **Describe debtor's property that is subject to a lien**<br>All assets, Inventory and Accounts Receivables | $1,294,781.00 | Unknown |

**Describe the lien**
Blanket Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/21/15

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,294,781.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Howard Grobstein, Receiver<br>6300 Canoga Av., Suite 1500W<br>Woodland Hills, CA 91367 | Line 2.1 | |

---

8/03/17 2:43PM

Debtor    Sabemos Beverages, LLC
          _____
          Name

Case number (if know) _____

Richard Ormond, Esq.
Buchalter Nemer, APC                              Line   2.1
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017

**Fill in this information to identify the case:**

Debtor name    Sabemos Beverages, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| Internal Revenue Service<br>1 Civic Center Drive, Suite 40<br>San Marcos, CA 92069 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,666.66 | $16,666.66 |
| John Cochran<br>1311 23rd St<br>Manhattan Beach, CA 90266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>4/1-8/15/16 | Basis for the claim:<br>Compensation | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                          **Amount of claim**

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,750.12 |
|---|---|---|---|
| | Allied Beverage Group LLC<br>600 Washington Ave<br>Carlstadt, NJ 07072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,607.08 |
|---|---|---|---|
| | Alta Marketing Co<br>POB 6025<br>El Monte, CA 91734-2025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,140.00 |
|---|---|---|---|
| | Artisan Beer MN<br>1999 Shepard Road<br>Saint Paul, MN 55116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,900.00 |
|---|---|---|---|
| | B&R Distributors<br>870 Commercial St., Suite B<br>San Jose, CA 95112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,524.36 |
|---|---|---|---|
| | Barinco International Group<br>5777 W Century Bl<br>Los Angeles, CA 90045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $663.00 |
|---|---|---|---|
| | Beauchamp Distrbuting Group<br>PO Box 4729<br>Compton, CA 90221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,266.00 |
|---|---|---|---|
| | Beverage Law LLC<br>120 Ravencrest Dr<br>Stratford, CT 06614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sabemos Beverages, LLC | Case number *(if known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,724.20

BevLink LLC
11400 SE 8th St
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,870.02

bluemedia
8920 S McKerry St
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,869.89

Breakthru Beverage Reno LLC
1849 W Cheyenne Av
North Las Vegas, NV 89032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00

Breakthru Beverage Virginia
525 Progress Dr
Suite V
Linthicum Heights, MD 21090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

BUMP Williams Consulting Co
14 Kathleen Rd
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $694.93

Caleche Ryder
2004 19th St
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,394.00

Carrier Lynx
15954 MurLen Rd 273
Olathe, KS 66062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Sabemos Beverages, LLC
          Name                                                        Case number (if known) _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,453.50 |
|---|---|---|---|

Castellani SPA
Via del Popolo 90e
Pontedra (PI) Italy 56025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,250.00 |
|---|---|---|---|

Ceasar Diaz
3243 Brightwood Ct
Oceanside, CA 92058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.32 |
|---|---|---|---|

Central Distributors Inc
2805 Vance St
Little Rock, AR 72206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.00 |
|---|---|---|---|

Central Florida Press LLC
4560 LB McLeod Rd
Orlando, FL 32811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.70 |
|---|---|---|---|

Chicago Beverage Systems LLC
441 N Kilbourn Av
Chicago, IL 60624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

City of Carlsbad
1635 Faraday Av
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

Cold Spring Brewing Co
PO Box
Cold Spring, MN 56320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |
|---|---|---|---|

Columbia Distributing Co
255 Appleyard Dr
Auburn, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.72 |
|---|---|---|---|

Columbia/Young's Oregon
6840 N Cutter Circle
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,869.89 |
|---|---|---|---|

Connect Logistics Services Inc
50 Corriveau Av
St Albert AB T8N 3T5 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,557.00 |
|---|---|---|---|

CSM Redemptions Inc
31103 Rancho Viejo Rd
D2113
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,944.00 |
|---|---|---|---|

Dept Alcoholic Beverage Contro
3927 Lennanne Dr
Suite 100
Sacramento, CA 95834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |
|---|---|---|---|

DM Luxury LLC
3464 Momentum Pl
Chicago, IL 60689-5334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,007.06 |
|---|---|---|---|

Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _ Trade debt _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

Ed Phillips & Sons
1358 N 39th St
Fargo, ND 58102

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,334.70

---

**3.30** | Nonpriority creditor's name and mailing address

Envisage Advisors LLC
2141 Rosecrans Av
Suite 5100
El Segundo, CA 90245

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$21,769.56

---

**3.31** | Nonpriority creditor's name and mailing address

Envisage Equity, LLC
2141 Rosecrans Av
Suite 5100
El Segundo, CA 90245

Date(s) debt was
incurred  7/31/15; 6/18/15 and 12/18/14
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Notes

Is the claim subject to offset? ■ No ☐ Yes

$2,424,585.02

---

**3.32** | Nonpriority creditor's name and mailing address

FedEx
POB 7221
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$888.19

---

**3.33** | Nonpriority creditor's name and mailing address

First Crush Tastings Inc
16238 Hwy 620
Suite F 140
Austin, TX 78717

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,999.31

---

**3.34** | Nonpriority creditor's name and mailing address

Golden State Warriors
1011 Broadway
Oakland, CA 94607

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$199,998.00

---

**3.35** | Nonpriority creditor's name and mailing address

Great Lakes Wine & Spirits
373 Victor Av
Highland Park, MI 48203-3117

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$789.19

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $344.00 |
|---|---|---|---|
| | Great State Beverages Inc<br>POB 16550<br>Hooksett, NH 03106-6550 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,100.00 |
|---|---|---|---|
| | Greenhouse Agency Inc<br>1124 Main St<br>Suite B<br>Irvine, CA 92614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,562.35 |
|---|---|---|---|
| | Gursey Schneider LLP<br>1888 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $696.39 |
|---|---|---|---|
| | Hayden Beverage<br>1445 Commerce Av<br>Boise, ID 83705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.00 |
|---|---|---|---|
| | Heidelberg Dist Youngstown<br>1265 Crescent St<br>Springfield, OH 45502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.35 |
|---|---|---|---|
| | Heidelberg Distibuting<br>9101 E Pleasant Valley<br>Independence, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56.50 |
|---|---|---|---|
| | Heidelberg Distributing<br>912 Third St<br>Perrysburg, OH 43551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Sabemos Beverages, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.99 |
|---|---|---|---|

Heidelberg Distributing Co
3801 Parkwest Dr
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $492.48 |
|---|---|---|---|

Indiana Wholesale
1240 Brookville Way
Indianapolis, IN 46239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,850.00 |
|---|---|---|---|

Interglobo USA Inc
1950 E 220th St
Suite 207
Long Beach, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,183.89 |
|---|---|---|---|

JBW Group of Iowa
6600 Merle Hay Road
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,962.18 |
|---|---|---|---|

John McClintock
15 15th St 4
Hermosa Beach, CA 90254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,259.08 |
|---|---|---|---|

Johnson Brothers
1358 N 39th St
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,121.84 |
|---|---|---|---|

Johnson Brothers
4701 Mitchell St
North Las Vegas, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | | |
|---|---|---|---|
| | | Case number (if known) | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,185.90**

Johnson Brothers
301 E Vienna Av
Milwaukee, WI 53212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$383.54**

Johnson Brothers
6600 Merle Hay Rd
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$764.64**

Johnson Brothers of RI
One Compass Circle
North Kingstown, RI 02852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00**

Joseph J Badalementi
1088 Sonoma Glen Circle
Glen Ellen, CA 95442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$92.36**

K&:L Beverage Co LLC
POB 9300
Renton, WA 98057-9300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,737.02**

Kimberly A Frick
1431 Riverplace Bl
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176.16**

Kloss Distributing
1333 Northwestern Av
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|
| | Kozol Bros<br>2010 S Briggs St<br>Joliet, IL 60433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|
| | LeCompte Consulting<br>16707 Framton Ct<br>Spring, TX 77379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | Legacy Beverage Partners LLC<br>12540 W 81st Pl<br>Lenexa, KS 66215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $685.00 |
|---|---|---|---|
| | Liner LLP<br>1100 Glendon Av<br>14th Fl<br>Los Angeles, CA 90024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $152.73 |
|---|---|---|---|
| | Lipman Brothers<br>411 Great Circle Rd<br>Nashville, TN 37228-0300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $739.80 |
|---|---|---|---|
| | LRMM LLP<br>1 Place Ville Marie<br>Suite 1300<br>Montreal QC H3B 0E6 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $582,825.60 |
|---|---|---|---|
| | Lucky Drink Co<br>8/24 Burrows Rd<br>St Peters NSW 2044 Australia | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $281,791.07 |
|---|---|---|---|

Mainfreight Inc
1400 Glen Curtiss St
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,393.30 |
|---|---|---|---|

Mexcor Distributors
8590 Railwood Dr
Houston, TX 77078-4516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.39 |
|---|---|---|---|

Monarch Beverage
9347 E Pendleton Pike
Indianapolis, IN 46236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,189.23 |
|---|---|---|---|

Motive Marketing Group
POB 11453
Bainbridge Island, WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,393.76 |
|---|---|---|---|

MRC
POB 843760
Los Angeles, CA 90084-3760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,161.77 |
|---|---|---|---|

Muller Inc
2800 Grant Av
Philadelphia, PA 19114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $913.69 |
|---|---|---|---|

Mutual Distributing
2233 Capital Blvd
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.76

National Corporate Research LT
10 E 40th St
10th Fl
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $282.34

National Distibuting
5920 Office Blvd NC
Albuquerque, NM 87109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,886.32

NDC Atlanta
One National Dr SW
Atlanta, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,877.70

NetSuite Inc
15612 Collectional Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,663.90

Network FOB Inc
POB 64007
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00

New Hampshire Distributors LLC
65 Regional Dr
Concord, NH 03302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $641.57

Oak Beverages Inc
One Flower Lane
Blauvelt, NY 10913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.00 |
|------|---|---|---|
| | OH Wine Imports DBA Heidelberg | ☐ Contingent | |
| | 10975 Medallion Dr | ☐ Unliquidated | |
| | Cincinnati, OH 45241 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,735.95 |
|------|---|---|---|
| | Opici Family Distributing | ☐ Contingent | |
| | 25 De Boer Dr | ☐ Unliquidated | |
| | Glen Rock, NJ 07452 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,587.24 |
|------|---|---|---|
| | Pine State Beverage Co | ☐ Contingent | |
| | 100 Enterprise Av | ☐ Unliquidated | |
| | Gardiner, ME 04345 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $887.50 |
|------|---|---|---|
| | Pinnacle Business Solutions In | ☐ Contingent | |
| | 192 Richmond Hill Av | ☐ Unliquidated | |
| | Suite 18 | ☐ Disputed | |
| | Stamford, CT 06902 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $284.44 |
|------|---|---|---|
| | Pitney Bowes | ☐ Contingent | |
| | POB 371874 | ☐ Unliquidated | |
| | Pittsburgh, PA 15250-7874 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,294.32 |
|------|---|---|---|
| | Republic National Dist Co-CO | ☐ Contingent | |
| | 8000 Southpark Terrace | ☐ Unliquidated | |
| | Littleton, CO 80120 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $769.11 |
|------|---|---|---|
| | Republic National Dist Co-DC | ☐ Contingent | |
| | 8201 Stayton Dr | ☐ Unliquidated | |
| | Jessup, MD 20294 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Sabemos Beverages, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76,886.88 |
|---|---|---|---|
| | Republic National Dist Co-FL<br>441 SW 12th Av<br>Deerfield Beach, FL 33442 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,721.08 |
|---|---|---|---|
| | Republic National Dist Co-LA<br>809 Jefferson Hwy<br>New Orleans, LA 70121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,135.88 |
|---|---|---|---|
| | Republic National Dist Co-MD<br>POB 687<br>Annapolis Junction, MD 20701-0687 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $679.00 |
|---|---|---|---|
| | Republic National Dist Co-NE<br>8648 South 117th St<br>La Vista, NE 68128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,055.45 |
|---|---|---|---|
| | Republic National Dist Co-TX<br>8045 Northcourt Rd<br>Houston, TX 77040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $360.00 |
|---|---|---|---|
| | RFE Marketing LLC<br>3617 Thornhill Dr<br>Livermore, CA 94551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $309.25 |
|---|---|---|---|
| | River City Distributing Inc<br>7301 Winstead Dr<br>Louisville, KY 40528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,083.00**

Rocket Brands LLC
214 Main St
Suite 450
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.00**

Royal Transportation
2851 Mobley St
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,255.94**

RREF II Research LLC
POB 84511
Los Angeles, CA 90084-5411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,645.00**

Sales Pros
251 Rhode Island St
Suite 105
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$329.78**

San Diego Gas & Electric
POB 25111
Santa Ana, CA 92799-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,288.74**

Savannah Distributing Co
POB 1388
Savannah, GA 31402-1388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.00**

Service Distributing Inc
8397 Paris St
Lorton, VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00

Ship Compliant
1877 Broadway
Suite 701
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,408.33

Signature Analytics LLC
10120 Pacific Heights Blvd
Suite 110
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.03

Southern Wine & Spirits-DE
615 Lambson Lane
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,533.73

Southern Wine & Spirits-MN
POB 279370
Hollywood, FL 33027-7960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,018.71

Southern Wine & Spirits-SC
7600 Richard St
Columbia, SC 29209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.51

Sparkletts
POB 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.30

Specialty Beverage of Virginia
2200 Lanier Lane
Rockville, VA 23146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106**

**Nonpriority creditor's name and mailing address**

Stanley Stawski Distributing
1811 W Fullerton Av
Addison, IL 60101

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,047.05

---

**3.107**

**Nonpriority creditor's name and mailing address**

Straight Up Solutions
2151 Consulate Dr
Suite 4
Orlando, FL 32837

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,500.00

---

**3.108**

**Nonpriority creditor's name and mailing address**

Tim Rowe
165 Grand Castle Terrace
Battle Creek, MI 49014

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$80.00

---

**3.109**

**Nonpriority creditor's name and mailing address**

Time Warner Cable
POB 60506
City of Industry, CA 91716-0506

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,779.29

---

**3.110**

**Nonpriority creditor's name and mailing address**

Town & Country Dist Inc
1050 Ardmore Av
Itasca, IL 60143

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$12.26

---

**3.111**

**Nonpriority creditor's name and mailing address**

Trinet
1100 San Leandro Blvd
Suite 400
San Leandro, CA 94577

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.30

---

**3.112**

**Nonpriority creditor's name and mailing address**

Triumphant Brands, LLC
Post Office Box 283
Attn: Wayne Seltzer
Rancho Santa Fe, CA 92067

**Date(s) debt was incurred**  May 24, 2013

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Notes

Is the claim subject to offset? ☒ No ☐ Yes

$1,529,993.80

---

| Debtor | Sabemos Beverages, LLC | | Case number (if known) | |
| | Name | | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $260.36 |
| | Uline | ☐ Contingent | |
| | POB 88741 | ☐ Unliquidated | |
| | Chicago, IL 60680-1741 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,023.76 |
| | Unire Group | ☐ Contingent | |
| | 1800 E Imperial Hwy | ☐ Unliquidated | |
| | Suite 205 | ☐ Disputed | |
| | Brea, CA 92821 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $148.70 |
| | United Distributors Inc | ☐ Contingent | |
| | 500 United Dr | ☐ Unliquidated | |
| | Smyrna, GA 30082 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,549.85 |
| | United Johnson Brothers | ☐ Contingent | |
| | 6000 Greenwood Pkwy | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Bessemer, AL 35022 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,594.88 |
| | VIP | ☐ Contingent | |
| | 402 Watertower Circle | ☐ Unliquidated | |
| | Colchester, VT 05446 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $114.57 |
| | West Tennesee Crown Dist Co | ☐ Contingent | |
| | 3485 Tchlulatech Dr | ☐ Unliquidated | |
| | Memphis, TN 38118-8046 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $399,672.10 |
| | Wicked Tango | ☐ Contingent | |
| | 3155 Cliff Shadows Pkwy | ☐ Unliquidated | |
| | Suite 290 | ☐ Disputed | |
| | Las Vegas, NV 89129 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $121,659.39

Winsight LLC
POB 809026
Chicago, IL 60680-9026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,854.57

Workshop LLC
120 NW 25th St
Loft 304
Miami, FL 33127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $178,819.21

Worldwide Wine & Spirits Inc
17501 W 98th St
No 35 thru 38
Lenexa, KS 66219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $661.56

Young's Market Co./HI
94 501 Kau St
Waipahu, HI 96797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,335.22

Young's Market Co./Tustin
14402 Franklin Av
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $569.17

Young's Market Co./WA
Post Office Box 742612
Los Angeles, CA 90074-2621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Angela Alleyman<br>Modern Luxury<br>1180 Peachtree St NE, Suite 24<br>Atlanta, GA 30309 | Line  3.27<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Sabemos Beverages, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2  Insolvency Division-IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | Line  2.1<br><br>☐  Not listed. Explain ____ | _ |
| 4.3  Jennifer B. Lutz, Esq.<br>640 Grand Av., Suite E<br>Carlsbad, CA 92008 | Line  3.16<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 16,666.66 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,689,090.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,705,757.23 |

**Fill in this information to identify the case:**

Debtor name    Sabemos Beverages, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining _____<br>List the contract number of any government contract | MBMJ CAPITAL LLC dba<br>Continental Business Credit<br>15503 Ventura Blvd, Suite 310<br>Encino, CA 91436-3103 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining _____<br>List the contract number of any government contract | Sunrise Property Associates, LLC<br>KW Fund I Carlsbad 1 LP<br>9701 Wilshire Blvd, Suite 700<br>Beverly Hills, CA 90212 |

**Fill in this information to identify the case:**

Debtor name    Sabemos Beverages, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Kevin Swadish | 7227 Surfbird Circle<br>Carlsbad, CA 92011 | MBMJ CAPITAL LLC<br>dba | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name _____Sabemos Beverages, LLC_____

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2017 to Filing Date | ☐ Operating a business<br>■ Other   No information from Receiver | $0.00 |
   | For prior year:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $6,465,185.00 |
   | For year before that:<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $2,124,156.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    Sabemos Beverages, LLC                                    Case number (if known) _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| MBMJ CAPITAL LLC dba Continental Business Credit 15503 Ventura Blvd, Suite 310 Encino, CA 91436-3103 | Receivership Accounting required to respond to this question | July 2016 to present | Unknown |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Lucky Sages, LLC and Sabemos Beverages, LLC, dba Sage Beverages v. George T. Hadjis, Tommy Hadjis and Paragon Food Services dba Left Coast Brewing Co. | Breach of Contract; Breach of Oral Agreement; Fraud in the Inducement | American Arbitration Association | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Caesar Diaz v. Contential Business Credit; Sabemos Beverages; Lucky Sage; Envisage Equity LLC and Lucky Drink Co. 37-2016-00043058-CL-CO-NC | Complaint for Money | San Diego County Superior Court 325 S. Melrose Drive Vista, CA 92081 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | MBMJ CAPITAL LLC v. SABEMOS BEVERAGES, LLC LC 104615 | Breach of Contract; Appointment of Receiver | Los Angeles Superior Court 6230 Sylmar Avenue Van Nuys, CA 91401 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    Sabemos Beverages, LLC _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. Sabemos Beverages v. Cervecerai de Baja California ("Cucapa") | Breach of Contract for damages of $33,273,000 plus interest, costs and attorneys' fees | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Howard Grobstein, RECEIVER<br>6300 Canoga Av., Suite 1500W<br>Woodland Hills, CA 91367 | All Assets | Unknown |

| Case title | Court name and address |
|---|---|
| MBMJ CAPITAL, LLC v. SABEMOS BEVERAGES | LOS ANGELES SUPERIOR COURT<br>6320 Sylmar Av.<br>Santa Monica, CA 90401 |
| **Case number** | |
| LC 104615 | |
| **Date of order or assignment** | |

**Part 4:    Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    Sabemos Beverages, LLC

Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Leech Tishman Fuscaldo & Lampl, Inc. 633 W. Fifth Street, 48th Floor Los Angeles, CA 90071 | | July 5, 2017 | $10,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Lucky Sages, LLC and Envisage Equity, LLC | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2386 Faraday Av #105 Carlsbad, CA 92008 | 10/1/13-9/30/16 |
| 14.2. | 5780 Fleet St. #305 Carlsbad, CA 92008 | 3/24/13-10/1/13 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    Sabemos Beverages, LLC
Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Alta Marketing<br>26717 Palmetto Av<br>Redlands, CA 92374 | Stephen Walker<br>9657 Via Kenora<br>Spring Valley, CA 91977 | Inventory | ☑ No<br>☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| Debtor | Sabemos Beverages, LLC | Case number *(if known)* | |

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Julia Brandt, Controller<br>3749 Arapaho Place<br>Carlsbad, CA 92010 | 12/13-9/16 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor   Sabemos Beverages, LLC                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Signature Analytics LLC<br>10120 Pacific Heights Blvd<br>Suite 110<br>San Diego, CA 92121 | 9/28/15-present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Gursey Schneider LLP<br>1888 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | 2013 to 3/16 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Swadish | 7227 Surfbird Circle<br>Carlsbad, CA 92011 | Chairman and CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Reed Dickens | 5 Vintage Dr<br>Newport Beach, CA 92660 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William L. Terrio | 6285 E. Amber Sun Dr<br>Scottsdale, AZ 85266-7219 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Stavropoulos | 680 18th St<br>Manhattan Beach, CA 90266 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lucky Sages, LLC | 2141 Rosecrans Av., Suite 5100<br>El Segundo, CA 90245 | Controlling Shareholder | 100% |

Debtor   Sabemos Beverages, LLC _____   Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kevin Swadish | 7227 Surfbird Circle Carlsbad, CA 92011 | Chairman & CEO | 5/13-6/16 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Cochran | 1311 23rd St Manhattan Beach, CA 90266 | CEO | 4/8-8/15/16 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Julia Brandt | 3749 Arapaho Place Carlsbad, CA 92010 | Controller | 12/13-9/16 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Cochran 1311 23rd St. Manhattan Beach, CA 90266 | Gross Salary: $31,009.81. | 7/20-8/19/16. | |
| | **Relationship to debtor** Former CEO | | | |
| 30.2. | Julia Brandt 3749 Arapaho Place Carlsbad, CA 92010 | 1)Gross Salary: $32,196.94. 2)Paid by Receiver: $36,174.14. | 1)7/20-8/19/16. 2) 9/30-12/7/16. | 1) Salary; 2) Post-Receivership Services. |
| | **Relationship to debtor** Former Controller | | | |
| 30.3. | Stephen Walker 9657 Via Kenora Spring Valley, CA 91977 | 1) $28,706.20 Gross Salary; 2) $26,000 paid by Receiver. | 1) 7/20-9/9/16; 2) 9/30-12/7/16. | 1) Salary; 2) Post-receivership services. |
| | **Relationship to debtor** Former Director of Operations | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

Debtor    Sabemos Beverages, LLC

Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____August 3, 2017_____

/s/ Leonardo R. Fernandez, Jr.                    Leonardo R. Fernandez, Jr.
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Authorized Signatory _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    Sabemos Beverages, LLC                                    Case No.
                                          Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................    $            10,000.00

    Prior to the filing of this statement I have received .........................    $            10,000.00

    Balance Due ....................................................................................    $                  0.00

2.  The source of the compensation paid to me was:

    ☐  Debtor        ■  Other (specify):    Lucky Sages, LLC

3.  The source of compensation to be paid to me is:

    ■  Debtor        ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
        of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

August  3, 2017                                        /s/ Stuart I. Koenig
*Date*                                                 Stuart I. Koenig 102764
                                                       *Signature of Attorney*
                                                       LEECH TISHMAN FUSCALDO & LAMPL, INC.
                                                       633 West Fifth Street
                                                       48th Floor
                                                       Los Angeles, CA 90071
                                                       (213) 246-4970   Fax: (213) 640-4002
                                                       skoenig@leechtishman.com; sfrey@leechtishman.com
                                                       *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stuart I. Koenig<br>633 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90071<br>(213) 246-4970 Fax: (213) 640-4002<br>California State Bar Number: 102764<br>skoenig@leechtishman.com; sfrey@leechtishman.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        Sabemos Beverages, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of   18   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  August  3, 2017

/s/ Leonardo R. Fernandez, Jr.
Siganture of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  August  3, 2017

/s/ Stuart I. Koenig
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Sabemos Beverages, LLC
2141 Rosecrans Avenue, Suite 5100
El Segundo, CA 90245


Stuart I. Koenig
LEECH TISHMAN FUSCALDO & LAMPL, INC.
633 West Fifth Street
48th Floor
Los Angeles, CA 90071


Allied Beverage Group LLC
600 Washington Ave
Carlstadt, NJ 07072


Alta Marketing Co
POB 6025
El Monte, CA 91734-2025


Angela Alleyman
Modern Luxury
1180 Peachtree St NE, Suite 24
Atlanta, GA 30309


Artisan Beer MN
1999 Shepard Road
Saint Paul, MN 55116


B&R Distributors
870 Commercial St., Suite B
San Jose, CA 95112


Barinco International Group
5777 W Century Bl
Los Angeles, CA 90045

Beauchamp Distrbuting Group
PO Box 4729
Compton, CA 90221


Beverage Law LLC
120 Ravencrest Dr
Stratford, CT 06614


BevLink LLC
11400 SE 8th St
Bellevue, WA 98004


bluemedia
8920 S McKerry St
Tempe, AZ 85284


Breakthru Beverage Reno LLC
1849 W Cheyenne Av
North Las Vegas, NV 89032


Breakthru Beverage Virginia
525 Progress Dr
Suite V
Linthicum Heights, MD 21090


BUMP Williams Consulting Co
14 Kathleen Rd
Shelton, CT 06484


Caleche Ryder
2004 19th St
Santa Monica, CA 90404

Carrier Lynx
15954 MurLen Rd 273
Olathe, KS 66062


Castellani SPA
Via del Popolo 90e
Pontedra (PI) Italy 56025


Ceasar Diaz
3243 Brightwood Ct
Oceanside, CA 92058


Central Distributors Inc
2805 Vance St
Little Rock, AR 72206


Central Florida Press LLC
4560 LB McLeod Rd
Orlando, FL 32811


Chicago Beverage Systems LLC
441 N Kilbourn Av
Chicago, IL 60624


City of Carlsbad
1635 Faraday Av
Carlsbad, CA 92008


Cold Spring Brewing Co
PO Box
Cold Spring, MN 56320

Columbia Distributing Co
255 Appleyard Dr
Auburn, WA 98001


Columbia/Young's Oregon
6840 N Cutter Circle
Portland, OR 97217


Connect Logistics Services Inc
50 Corriveau Av
St Albert AB T8N 3T5 Canada


CSM Redemptions Inc
31103 Rancho Viejo Rd
D2113
San Juan Capistrano, CA 92675


Dept Alcoholic Beverage Contro
3927 Lennanne Dr
Suite 100
Sacramento, CA 95834


DM Luxury LLC
3464 Momentum Pl
Chicago, IL 60689-5334


Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067


Ed Phillips & Sons
1358 N 39th St
Fargo, ND 58102

Envisage Advisors LLC
2141 Rosecrans Av
Suite 5100
El Segundo, CA 90245


Envisage Equity, LLC
2141 Rosecrans Av
Suite 5100
El Segundo, CA 90245


FedEx
POB 7221
Pasadena, CA 91109


First Crush Tastings Inc
16238 Hwy 620
Suite F 140
Austin, TX 78717


Golden State Warriors
1011 Broadway
Oakland, CA 94607


Great Lakes Wine & Spirits
373 Victor Av
Highland Park, MI 48203-3117


Great State Beverages Inc
POB 16550
Hooksett, NH 03106-6550


Greenhouse Agency Inc
1124 Main St
Suite B
Irvine, CA 92614

Gursey Schneider LLP
1888 Century Park East
Suite 900
Los Angeles, CA 90067


Hayden Beverage
1445 Commerce Av
Boise, ID 83705


Heidelberg Dist Youngstown
1265 Crescent St
Springfield, OH 45502


Heidelberg Distibuting
9101 E Pleasant Valley
Independence, OH 44131


Heidelberg Distributing
912 Third St
Perrysburg, OH 43551


Heidelberg Distributing Co
3801 Parkwest Dr
Columbus, OH 43228


Howard Grobstein,  Receiver
6300 Canoga Av., Suite 1500W
Woodland Hills, CA 91367


Indiana Wholesale
1240 Brookville Way
Indianapolis, IN 46239

Insolvency Division-IRS
POB 7346
Philadelphia, PA 19101-7346


Interglobo USA Inc
1950 E 220th St
Suite 207
Long Beach, CA 90810


Internal Revenue Service
1 Civic Center Drive, Suite 40
San Marcos, CA 92069


JBW Group of Iowa
6600 Merle Hay Road
Johnston, IA 50131


Jennifer B. Lutz, Esq.
640 Grand Av., Suite E
Carlsbad, CA 92008


John Cochran
1311 23rd St
Manhattan Beach, CA 90266


John McClintock
15 15th St 4
Hermosa Beach, CA 90254


Johnson Brothers
1358 N 39th St
Fargo, ND 58102

```
Johnson Brothers
4701 Mitchell St
North Las Vegas, NV 89081


Johnson Brothers
301 E Vienna Av
Milwaukee, WI 53212


Johnson Brothers
6600 Merle Hay Rd
Johnston, IA 50131


Johnson Brothers of RI
One Compass Circle
North Kingstown, RI 02852


Joseph J Badalementi
1088 Sonoma Glen Circle
Glen Ellen, CA 95442


K&:L Beverage Co LLC
POB 9300
Renton, WA 98057-9300


Kevin Swadish
7227 Surfbird Circle
Carlsbad, CA 92011


Kimberly A Frick
1431 Riverplace Bl
Jacksonville, FL 32207
```

Kloss Distributing
1333 Northwestern Av
Gurnee, IL 60031


Kozol Bros
2010 S Briggs St
Joliet, IL 60433


LeCompte Consulting
16707 Framton Ct
Spring, TX 77379


Legacy Beverage Partners LLC
12540 W 81st Pl
Lenexa, KS 66215


Liner LLP
1100 Glendon Av
14th Fl
Los Angeles, CA 90024


Lipman Brothers
411 Great Circle Rd
Nashville, TN 37228-0300


LRMM LLP
1 Place Ville Marie
Suite 1300
Montreal QC H3B 0E6


Lucky Drink Co
8/24 Burrows Rd
St Peters NSW 2044 Australia

Mainfreight Inc
1400 Glen Curtiss St
Carson, CA 90746


MBMJ CAPITAL LLC dba
Continental Business Credit
15503 Ventura Blvd, Suite 310
Encino, CA 91436-3103


Mexcor Distributors
8590 Railwood Dr
Houston, TX 77078-4516


Monarch Beverage
9347 E Pendleton Pike
Indianapolis, IN 46236


Motive Marketing Group
POB 11453
Bainbridge Island, WA 98110


MRC
POB 843760
Los Angeles, CA 90084-3760


Muller Inc
2800 Grant Av
Philadelphia, PA 19114


Mutual Distributing
2233 Capital Blvd
Raleigh, NC 27604

National Corporate Research LT
10 E 40th St
10th Fl
New York, NY 10016


National Distibuting
5920 Office Blvd NC
Albuquerque, NM 87109


NDC Atlanta
One National Dr SW
Atlanta, GA 30336


NetSuite Inc
15612 Collectional Center Dr
Chicago, IL 60693


Network FOB Inc
POB 64007
Saint Paul, MN 55164


New Hampshire Distributors LLC
65 Regional Dr
Concord, NH 03302


Oak Beverages Inc
One Flower Lane
Blauvelt, NY 10913


OH Wine Imports DBA Heidelberg
10975 Medallion Dr
Cincinnati, OH 45241

Opici Family Distributing
25 De Boer Dr
Glen Rock, NJ 07452


Pine State Beverage Co
100 Enterprise Av
Gardiner, ME 04345


Pinnacle Business Solutions In
192 Richmond Hill Av
Suite 18
Stamford, CT 06902


Pitney Bowes
POB 371874
Pittsburgh, PA 15250-7874


Republic National Dist Co-CO
8000 Southpark Terrace
Littleton, CO 80120


Republic National Dist Co-DC
8201 Stayton Dr
Jessup, MD 20294


Republic National Dist Co-FL
441 SW 12th Av
Deerfield Beach, FL 33442


Republic National Dist Co-LA
809 Jefferson Hwy
New Orleans, LA 70121

Republic National Dist Co-MD
POB 687
Annapolis Junction, MD 20701-0687


Republic National Dist Co-NE
8648 South 117th St
La Vista, NE 68128


Republic National Dist Co-TX
8045 Northcourt Rd
Houston, TX 77040


RFE Marketing LLC
3617 Thornhill Dr
Livermore, CA 94551


Richard Ormond, Esq.
Buchalter Nemer, APC
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017


River City Distributing Inc
7301 Winstead Dr
Louisville, KY 40528


Rocket Brands LLC
214 Main St
Suite 450
El Segundo, CA 90245


Royal Transportation
2851 Mobley St
San Diego, CA 92123

```
RREF II Research LLC
POB 84511
Los Angeles, CA 90084-5411


Sales Pros
251 Rhode Island St
Suite 105
San Francisco, CA 94103


San Diego Gas & Electric
POB 25111
Santa Ana, CA 92799-5111


Savannah Distributing Co
POB 1388
Savannah, GA 31402-1388


Service Distributing Inc
8397 Paris St
Lorton, VA 22079


Ship Compliant
1877 Broadway
Suite 701
Boulder, CO 80302


Signature Analytics LLC
10120 Pacific Heights Blvd
Suite 110
San Diego, CA 92121


Southern Wine & Spirits-DE
615 Lambson Lane
New Castle, DE 19720
```

Southern Wine & Spirits-MN
POB 279370
Hollywood, FL 33027-7960


Southern Wine & Spirits-SC
7600 Richard St
Columbia, SC 29209


Sparkletts
POB 660579
Dallas, TX 75266-0579


Specialty Beverage of Virginia
2200 Lanier Lane
Rockville, VA 23146


Stanley Stawski Distributing
1811 W Fullerton Av
Addison, IL 60101


Straight Up Solutions
2151 Consulate Dr
Suite 4
Orlando, FL 32837


Sunrise Property Associates, LLC
KW Fund I Carlsbad 1 LP
9701 Wilshire Blvd, Suite 700
Beverly Hills, CA 90212


Tim Rowe
165 Grand Castle Terrace
Battle Creek, MI 49014

Time Warner Cable
POB 60506
City of Industry, CA 91716-0506


Town & Country Dist Inc
1050 Ardmore Av
Itasca, IL 60143


Trinet
1100 San Leandro Blvd
Suite 400
San Leandro, CA 94577


Triumphant Brands, LLC
Post Office Box 283
Attn: Wayne Seltzer
Rancho Santa Fe, CA 92067


Uline
POB 88741
Chicago, IL 60680-1741


Unire Group
1800 E Imperial Hwy
Suite 205
Brea, CA 92821


United Distributors Inc
500 United Dr
Smyrna, GA 30082


United Johnson Brothers
6000 Greenwood Pkwy
Suite 100
Bessemer, AL 35022

```
VIP
402 Watertower Circle
Colchester, VT 05446


West Tennesee Crown Dist Co
3485 Tchlulatech Dr
Memphis, TN 38118-8046


Wicked Tango
3155 Cliff Shadows Pkwy
Suite 290
Las Vegas, NV 89129


Winsight LLC
POB 809026
Chicago, IL 60680-9026


Workshop LLC
120 NW 25th St
Loft 304
Miami, FL 33127


Worldwide Wine & Spirits Inc
17501 W 98th St
No 35 thru 38
Lenexa, KS 66219


Young's Market Co./HI
94 501 Kau St
Waipahu, HI 96797


Young's Market Co./Tustin
14402 Franklin Av
Tustin, CA 92780
```

```
Young's Market Co./WA
Post Office Box 742612
Los Angeles, CA 90074-2621
```

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

Stuart I. Koenig
633 West Fifth Street
48th Floor
Los Angeles, CA 90071
(213) 246-4970 Fax: (213) 640-4002
California State Bar Number: 102764
skoenig@leechtishman.com; sfrey@leechtishman.com

FOR COURT USE ONLY

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    Sabemos Beverages, LLC

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    11

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO  FRBP 1007(a)(1)
## and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Stuart I. Koenig 102764                                            , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
         class of the corporation's(s') equity interests:
         See Addendum

   b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


August  3, 2017
_____

Date

By:  /s/ Stuart I. Koenig
_____
     Signature of Debtor, or attorney for Debtor

Name:   Stuart I. Koenig 102764
        _____
        Printed name of Debtor, or attorney for
        Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Lucky Sages LLC
2141 Rosecrans Av., Suite 5100
El Segundo, CA 90245

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**